FILED
09 JUN 30 P 12: 4
RICHARD...

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Nancy Calderon )
) 
Plaintiff, )
) CASE NO. CV 09 2940 VRW
vs. )
) EMPLOYMENT DISCRIMINATION
HDR Inc. ) COMPLAINT
Defendant(s). )
)

1. Plaintiff resides at:

   Address 122 Cotter Street

   City, State & Zip Code San Francisco, CA. 94112

   Phone (415) 244-7488

2. Defendant is located at:

   Address 560 Mission Street, Suite 900

   City, State & Zip Code San Francisco, CA. 94105

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. X Termination of my employment.

Form-Intake 2 (Rev. 4/05)  - 1 -

1       c. __ Failure to promote me.

2       d. X Other acts as specified below.

3 _Harassment, Slander (California Civil Code § 46), Retaliation_

4 _for protected activity, Discrimination (based on national_

5 _origin), and intentional infliction of emotional distress._

6

7

8

9 5.    Defendant's conduct is discriminatory with respect to the following:

10      a. __ My race or color.

11      b. __ My religion.

12      c. X My sex.

13      d. X My national origin.

14      e. X Other as specified below.

15 _References to speculations of pregnancy and sexual orientation; retaliation_

16 6.    The basic facts surrounding my claim of discrimination are:

17 _I began working for the Defendant on March 10, 2008. Beginning in or around_

18 _May 2008, I was repeatedly subjected to unwelcome comments by coworkers._

19 _My coworkers created a hostile working environment by referring to me_

20 _indirectly as a "whore", "ho", "Mexican", "bitch", "fish", "gay", and saying_

21 _that I was "shit". I complained about the comments to my supervisor and the_

22 _office manager, but no effective corrective action was taken. I was finally_

23 _discharged on October 16, 2008. Defendant claimed that they had investi-_

24 _gated my allegations and could not corroborate them. They said that because_
_I had made these allegations nobody wanted to work with me._

25 7.    The alleged discrimination occurred on or about _May 2008 – Oct. 2008_

26                                        (DATE)

27 8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)              - 2 -

1 | discriminatory conduct on or about ___3/31/2009___.
2 | (DATE)
3 | 9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4 | (copy attached), which was received by me on or about ___4/10/2009___.
5 | (DATE)
6 | 10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7 | Yes _X_ No ___
8 | 11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9 | including injunctive orders, damages, costs, and attorney fees.
10 |
11 | DATED: __6/30/2009__ _Nancy Calderón_
12 | SIGNATURE OF PLAINTIFF
13 |
14 | *(PLEASE NOTE: NOTARIZATION* __Nancy Calderon__
15 | *IS NOT REQUIRED.)* PLAINTIFF'S NAME
16 | (Printed or Typed)
Form-Intake 2 (Rev. 4/05)     - 3 -

EEOC Form 161 (2/08)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Nancy Calderon<br>122 Cotter Street<br>San Francisco, CA 94112 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2009-01349 | Thomas P. Magee, Investigator | (415) 625-5669 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)     Deborah Randall for Michael Baldonado, District Director     04/10/2009 (Date Mailed)

cc:    **HDR**<br>**Mission Street**<br>**San Francisco, CA**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>550-2009-01349 |
|---|---|---|

| California Department of Fair Employment & Housing | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Nancy Calderon** | Home Phone (Incl. Area Code)<br>**(415) 244-7488** | Date of Birth<br>**05/21/1971** |
|---|---|---|

Street Address: **122 Cotter Street**, City, State and ZIP Code: **San Francisco, CA 94112**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**HDR** | No. Employees, Members<br>**15 - 100** | Phone No. (Include Area Code)<br>**(415) 243-0259** |
|---|---|---|

Street Address: **560 Mission Street**, City, State and ZIP Code: **San Francisco, CA 94105**

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: **10-16-2008**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent in April 2008. My most recent job title was Sustainable Design Project Coordinator. Beginning in or about May 2008, I was subjected to unwelcome comments by coworkers. Coworkers called me a whore, Ho, bitch, and Mexican. I repeatedly complained to Respondent that I was being subjected to these unwelcome comments but they continued. On October 16, 2008, I was discharged.

Respondent's stated reasons for my discharge was they were unable to corroborate my allegations and my coworkers did not want to work with me.

I believe I have been discriminated against by Respondent based on my sex (female), and national origin (Hispanic), in violation of Title VII of the Civil Right s Act of 1964, as amended. I also believe that I have been retaliated against for engaging in protected activity.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3/31/09

Charging Party Signature: *Nancy Calderon*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)