1  SEYFARTH SHAW LLP
   Kurt A. Kappes (SBN 146384)
2          E-mail: kkappes@seyfarth.com
   Jason Glenn (SBN 244470)
3          E-mail: jglenn@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
5  Facsimile: (916) 558-4839

6  Attorneys for Defendant
   HDR ARCHITECTURE, INC.
7  (erroneously sued as "HDR, INC.")

**IT IS SO ORDERED**

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10  NANCY CALDERON                )   Case No. C 09-02940 VRW
                                  )
11              Plaintiff,        )   **STIPULATION OF DISMISSAL**
                                  )
12      v.                        )   **Fed.R.Civ.P. 41(a)(1)(ii)**
                                  )
13  HDR, INC.                     )
                                  )
14              Defendant.        )
                                  )
15  _____)

16

17      Plaintiff Nancy Calderon and defendant HDR Architecture, Inc. (erroneously sued as

18  "HDR, Inc.") hereby stipulate that the above-captioned action be and hereby is dismissed with

19  prejudice, each side to bear its own costs and attorneys' fees.

20  DATED: ~~November~~ December 9, 2009        SEYFARTH SHAW LLP

21

22                                              By_____
                                                   Jason D. Glenn
23                                              Attorneys for Defendant
                                                HDR ARCHITECTURE, INC.
24                                              (erroneously sued as "HDR, INC.")

25  DATED: November 18, 2009                    By_____
                                                   Nancy Calderon
26                                              Plaintiff In Pro Per

27

28

                                  1
                        STIPULATION OF DISMISSAL
SCI 17108265.1